STATE OF CONNECTICUT *v.* STEVE A. CHARRON
(11456)

O'CONNELL, FREEDMAN and SCHALLER, Js.

Argued February 18—decision released March 16, 1993

*Eugene C. Cushman,* special public defender, for the appellant (defendant).

*Lawrence J. Tytla,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals from his conviction, after a jury trial, of the crime of sexual assault in the first degree in violation of General Statutes § 53a-70 (a) (1). After thorough review of the record, transcripts and briefs and affording those claims that are properly before us the appropriate scope of review, we find the defendant's assertions to be without merit.

The judgment is affirmed.